FILED IN OPEN COURT
DATE 8-9-10
BY ___ Coleman
DEPUTY CLERK
Lbng DIVISION, W.D. of VA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6;10CR00007-001 |
| ) | |
| v. ) | INFORMATION |
| ) | |
| DELGARDO LEE LINTHICUM ) | Violations: |
| ) | 18 U.S.C. § 1344 |

The United States Attorney charges:

### COUNT ONE
### Bank Fraud

1. Beginning in or around August 2007, and continuing until in or around September 2007, within the Western Judicial District of Virginia, the defendant, **DELGARDO LEE LINTHICUM,** did knowingly execute a scheme and artifice to defraud and did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, assets and other property, by means of false and fraudulent pretenses, representations and promises, owned by and under the custody and control of a financial institution, BB & T, to wit: submission of false statements and documentation on a commercial loan

2. In violation of Title 18, United States Code, Section 1344.

Date: 8/9/2010

Timothy J. Heaphy /CRD
TIMOTHY J. HEAPHY
United States Attorney